**McCARTHY & HOLTHUS, LLP**
David C. Scott, Esq. (SBN: 225893)
Rachel Opatik, Esq. (SBN: 243140)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811
Email:       dscott@mccarthyholthus.com
             ropatik@mccarthyholthus.com

Attorneys for Defendants,
Bank of America, N.A. and
Federal Home Loan Mortgage Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VARGAS, an Individual, and JOAQUINA VARGAS, an Individual<br><br>                              Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A.;<br>WELLS FARGO BANK, N.A.;<br>QUALITY LOAN SERVICE CORPORATION;<br>FEERAL HOME LOAN MORTGAGE CORPORATION;<br>and DOES 1 through 50, inclusive,<br>                              Defendants. | Case No.  2:11-CV-05419-CAS -PLA<br><br>**JUDGMENT**<br><br>Complaint Filed: May 6, 2011<br>Trial Date: None |

**PLEASE TAKE NOTICE** that on September 12, 2011, Defendants BANK OF AMERICA, N.A ("BOA") and FEDERAL HOME LOAN MORTGAGE ("FREDDIE MAC") (collectively "DEFENDANTS")'s Motion to Dismiss came for hearing.  The Civil Minutes state, "The Court DISMISSES without prejudice the Vargases' complaint insofar as it seeks the nullification of the foreclosure sale, DISMISSES without prejudice the Vargases' claims for unjust enrichment, fraudulent misrepresentation, and negligent misrepresentation, and DISMISSES without prejudice the Vargases' claim for unconscionability as against Freddie Mac. The Vargases shall have 20 days from the date of this order to file an amended complaint."

1  To date, PLAINTIFFS have not filed an amended complaint.

2  As PLAINTIFFS have failed to amend their Complaint within the time
3  allowed by the Court, and for the reasons explained in DEFENDANTS' Motion to
4  Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

5  IT IS SO ORDERED.

8  Dated: February 1, 2012                By: /s/ Christina A. Snyder
9                                              Hon. Christina A. Snyder
                                                Judge of United States District Court